[No. 36901-6-I.    Division One.    April 14, 1997.]

JOHN F. ACKERMAN, ET AL., *Plaintiffs*, KATHERINE
YURICA, *Appellant*, v. SUDDEN VALLEY COMMUNITY
ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-2-00928-8, Michael F. Moynihan, J.,
entered June 2, 1995. *Affirmed in part* and *reversed in part*
by unpublished opinion per Allendoerfer, J. Pro Tem.,
concurred in by Kennedy, A.C.J., and Cox, J. Now pub-
lished at 89 Wn. App. 156.

[No. 36915-6-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
ANTHONY BARROS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-08396-8, Marilyn R. Sellers, J., entered
June 2, 1995. *Affirmed* by unpublished opinion per Baker,
C.J., concurred in by Grosse and Webster, JJ.

[No. 36947-4-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
ANTONIO RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00684-8, J. Kathleen Learned, J., entered
June 30, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 37075-8-I.    Division One.    April 14, 1997.]

THE CITY OF SEATTLE, *Respondent*, v. VICTOR
LOCKHART, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-07820-6, Ricardo S. Martinez, J., entered
July 20, 1995. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.